**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
HAMILTON County (east) DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

21 FEB 19 PM 12: 42

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

MR. DERRICK GIBBS
_____
(Enter Above the Name of the Plaintiff in this Action)

vs.

HAMILTON COUNTY SHERIFF DEPARTMENT
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

OFFICER SHERIFF CRAWFORD
OFFICER SHERIFF SERGEANT ELLIOTT
OFFICER SHERIFF THOMPSON
NURSE ARIANNA (who DREW Blood) COUNTY JAIL.

**COMPLAINT**

I.   Parties to the action:

Plaintiff:    Place your name and address on the lines below. The address you give must be the address where
             the court may contact you and mail documents to you. A telephone number is required.

MR. DERRICK GIBBS #775-115. T.P.U, B-UNIT, CELL #45,
Name - Full Name Please - PRINT

L.O.C.I. P.O. Box #69, 1580 STATE ROUTE #56
Street Address

LONDON, OHIO 43140-0000
City, State and Zip Code

(740) 852-2454
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. HAMILTON COUNTY SHERIFF DEPARTMENT
   Name - Full Name Please

   1000 SYCAMORE St. CINCINNATI, OHIO 45202
   Address: Street, City, State and Zip Code

2. OFFICER SHERIFF CRAWFORD.
   1000 SYCAMORE, St. CINCINNATI, OHIO 45202

3. OFFICER SHERIFF SERGEANT ELLIOTT
   1000 SYCAMORE, St. CINCINNATI, OHIO 45202

4. OFFICER SHERIFF THOMPSON
   1000 SYCAMORE, St. CINCINNATE, OHIO 45202

5. (NURSE) MS. ARIANNA (Who DREW Blood) AT COUNTY JAIL
   1000 SYCAMORE, St. CINCINNATE, OHIO 45202

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒  Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐  Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

ON DATE 12-28-19. MR. DERRICK GIBBS WAS LOCATED IN HAMILTEN COUNTY JAIL, WAITING FOR PILL-CALL WITH MR. R. BATES INMATE; HAVING A CONVERSATION, WHEN OFFICER CRAWFORD YELLED (SHUT THE FUCK) UP! AT GIBBS, GIBBS YELLED BACK AT THE OFFICER, WHO IS YOU TALKING TOO LIKE THAT, THAT'S, WHEN OFFICER CRAWFORD CAME UP THE STAIRS AND TOLD GIBBS GO BACK TO HIS CELL. AS GIBBS TURNED TO GO BACK UP THE STAIRS, OFFICER CRAWFORD PUSHED GIBBS CAUSING ME TO FALL SPILLING COFFEE; AS REGAIN--ING FROM FALL + TURN; THAT'S, WHEN GIBBS + CRAWFORD (PUSHING SEVERAL TIMES) STARTED FIGHTING ON STAIR-CASE AT THE TOP. BOTH OF US HAD FALLING DOWN TO BASE FLOOR HITTING CONCRETE. INJURED AFTER FALL GIBBS SHOULDER, WHO LAYED ON FLOOR WITH HIS STOMACHE + FACE DOWN. WHILE, OFFICER CRAWFORD JUMP-UP STILL PUNCHING GIBBS IN HIS HEAD (6 OR 7) MORE TIMES; THEN OFFICER CRAWFORD HAND-CUFFED GIBBS BEHIND HIS BACK. THAT'S, WHEN OTHER OFFICER'S ENTER UNIT POD SOUTH 52-C-POD; ALONG WITH SERGEANT ELLIOTT, 2 OR 3 MINUTES WENT BYE, THAT'S WHEN SERGEANT ELLIOTT SHOT GIBBS IN THE BACK WHILE LAYING ON FLOOR FACE DOWN NOT-RESISTING WHATSOEVER. THEN SPOKEN BY ELLIOTT TAKE GIBBS TO INFIRMARY (MEDICAL)... ONCE THERE MR. GIBBS ASKED NURSE FOR OUT-SIDE HOSPITAL ATTENTION, SHE PERSONALLY SAID NO. (REPLYED NO) SHE (NURSE) COULDN'T REMOVE TASER-PRONES

(ON LEGAL PAPER TO COMPLETE STATEMENT

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                         Caption

_____     _____No_____ vs. _____

_____     _____No_____ vs. _____

_____     _____No_____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

FOR ALL SUFFERING & DAMAGES & PAIN ON INVOLVED-
-MENT OF CLAIM SETTLEMENT: 4.5 MILLION-DOLLARS,
PLUS, RELEASE FROM PRISON (6 MONTHS) SENTENCE LEFT
TO GO. ALSO, JUDGE MEGAN SHANAHAN, KNEW ABOUT
THIS INVOLVEDMENT, SHE SHOULD'VE DONE SOME
KIND OF HELP OR SUPPORT.
OFFICER SHERIFF NEED TO BE REMOVED OR FIRED
FROM HIS JOB AS SHERIFF & SERGEANT ELLIOTT.
THERE ARE PICTURES TAKEN BY SHERIFF IN MEDICAL
INFIRMARY, BY OFFICER WITH A 35 MILLER-METER
CAMERA; ALSO, VIDO'S CAMERA IN POD UNIT.

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _3_ day of _FEBRUARY_____, 20_21_.

_Mr. Derrick Gibbs #775-115_____
Signature of Plaintiff

YES FRONTAL VIEW                    I OF FINGER POINTED (OFFICER ARE
        TAKEN WITH 25 MILLEMETER)              AT MEDICAL (OFFICER THOMPSON
                CAMERA                         (SERGEANT) (CAMERA-MAN)
(PART#2) FROM LEGAL STATEMENT. (CONTINUE.)     FRANKLIN) (OFFICER HARRIS)
                                                      TOWARD PEOPLE

THAT'S, WHEN SERGEANT ELLIOTT TOOK CONTROL WITH HIS
HANDS AN PULLED ELECTRIC PRONES FROM MR. GIBBS BACK,
THEN NURSE PLACED A BIG BAND-AID ON GIBBS LEFT
SIDE OF LOWER BACK. THEN TOOK GIBBS TO SEGREGATION
UNIT, FOR (8 to 9 DAYS) WHILE, IN SEGREGATION UNIT
GIBBS WROTE-UP INCIDENT BY INFORMAL COMPLAINT,
BY THE (5) FIFTH-DAY NO-REPLY, THAT'S WHEN ON DATE 1-3-
20, THEN, OFFICER CAME IN ON 8TH OR 9TH DAY AND TO MR.
GIBBS TO PACK-UP. MR. GIBBS YOU'RE GOING BACK TO
POPULATION-UNIT, THEIR IS NO TICKET REPORT ON YOU.
(FROM A INTERCOM OFFICER) NEXT'S DAY. SHERIFF OFFICER
AND TWO OTHER REGULARY OFFICER SAID: OFFICER SERGEANT
FRANKLIN; WE NEED THIS CELL, MR. GIBBS SAID HE REFUSE
TO MOVE, THEY SAID THERE TAKE IT BY FORCE IF NEED TO
BE, THAT'S WHEN MR. GIBBS WENT TO (SOUTH UNIT 42-
A UNIT, CELL # 2) WITH OFFICER SHERIFF RUSK & OFFICER
SHERIFF CORNILUS RUNNING THE FLOOR. ON THE DATE
OF 1-9-20, EXPLAIN TO MY ATTORNEY ( Public DEFENDER)
JAMES, y MOORE ABOUT THE FIGHT WITH SHERIFF & BEING
TASER. AND SHOWED MY INJURY SHOULDER, SAID WHEN
WE GO FOR HEARING SENTENCE I'LL ASK IF HAND-CUFFS
COULD BE PLACED INFRONT OF YOU. 1-12-20, HE ASKED
BAILIFF TO REMOVE HAND-CUFFS, THAT'S WHEN HE ASKED
JUDGE MEGAN SHANAHAN; SHE SAID YES.


ON DATE 1-14-20, MR. GIBBS HAD PISSED (URINATED BLOOD)
THAT NIGHT WAS IN SERIOUS PAIN THAT MORNING & TOLD
(OFFICER-RUSK) TO CALL MEDICAL. INFERMARY TOOK BLOOD
                                        NEXT'S -PAGE

(PART#3) FOR LEGAL STATEMENT

WHERE (NURSE) ARIANNA, EXPLAIN TO MR. GIBBS; HE
HAD TO URINATE IN A PLASTIC CUP, SO THEY CAN
BE ABLE TO SEND TOO A HOSPITAL. AFTER THAT
RESOLVED NOTHING, TOLD MR. GIBBS; GOING BACK TO
HIS POPULATION-UNIT, THEN THE DOCTOR WILL
SEE YOU.

ON THIS DATE 1-14-20, MR GIBBS WROTE ANOTHER
INFORMAL-COMPLAINT, STILL, WASN'T ANSWERED.
ALSO, WROTE TO INTERNAL-AFFAIRS ABOUT THIS
ALTERCATION WITH OFFICER CRAWFORD & BEING
TASER BY SERGEANT.

BY 1-20-20 SEEN BY DOCTOR EVERSTON; DIDN'T
KNOW ABOUT URINATED BLOOD & ASK FOR E.K.G.
TO BE DONE ON GIBBS. BY THE 1-27-20 SCHED-
-ED TO BE SEEN AT UNIVESITY GENERAL
HOSPITAL, ONLY THING WAS ACKNOWLEDGE WAS MY
SHOULDER.
IT WAS A FEMALE WHO WAS WATCHING ME, UNTIL
I/GIBBS WAS RELEASED, FROM (ER) EMERGENCY ROOM.
SHE LEAD ME/GIBBS TO ANOTHER AREA WHERE OFFICER
SHERIFF CRAWFORD, THEN ESCORTED ME/GIBBS TO
A WAITING VAN TO GO BACK TO COUNTY JAIL. IT
WAS THEN OFFICER SHERIFF WAS GETTING OFF WORK,
AND GOT OUT OF THE VAN AT THE CASINO PARKING
GARAGE, I/GIBBS EXPLAIN TO THE OFFICER
WHO WAS DRIVING THAT'S WHY I WENT TO THE HOSPITAL
(NEXT'S -PAGE)

PART→Pag#A) LAST STATEMENT

OFFICER SHERIFF SAID (AW-SHIT) didN't KNOWN About ME/ AND SHERIFF CRAWFORD.

ONCE BACK AT County JAIL, THAT MORNING OF 1-28-20. MR. GIBBS had PISSED (URINATED Blood) AGAIN FROM HIS PENIS AND My UNDER WEAR WAS ALL Bloody, show SHERIFF CORNELIUS A EXSCORTED BACK TO INFIRMARY (JAIL-HOSPITAL) Did THE SAME THING AGAIN- PISSED IN A CUP + DREW Blood FROM My ARM. (SAME NURSE) ARIANNA. LEAD BACK TO My CELL-LOCATION UNIT.

THIS TIME, SOON AS ARRIVED; OFFICER SHERIFF RUSK, SAID SERGEANT WANTED TO SEE ME. About INFORMAL Complaint. MR. GIBBS got TO HIS OFFICEB, WHERE ANOTHER SERGEANT BLACK FEMALE WAS THERE Too. SERGEANT ELLIOTT; STATED, I'M THE ONE who shot-you, AND THERE IS No NEED OF ~~~~ FURTHER INVESTIGATION. SIGNED THIS PAPER, MR. GIBBS SAID: HELL-NO, AND LEFT HIS OFFICE.

THAT'S WHEN A Doctor FROM A CLINIC FOR Gudge MEGAN SHANAHAN, CAME TO SEE ME, I showed He My Bloodie UNDER WEAR.

(END OF STATEMENT

(Rode OUT TO PRISON) 2 yrs SENTENCE- TIME 6 MONTHS LEFT To do.—

JS 44 (Rev. 10/20)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
MR. DERRICK GIBBS
#775-115

### DEFENDANTS
HAMILTON COUNTY SHERIFF DEP

**(b)** County of Residence of First Listed Plaintiff HAMILTON COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant HAMILTON COUNTY
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
NONE

Attorneys *(If Known)*
DON'T KNOW

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other<br><br>**LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016<br><br>**SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[X] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | [ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |

### V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
CIVIL RIGHTS COMPLAINT UNDER #2 U.S.C. § 1983
Brief description of cause:
EXCESSIVE USE OF FORCE # TASER

### VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1.5 MILLION SETTLEMENT DOLLARS

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF *MR DERRICK GIBBS* | COURT CASE NUMBER |
| DEFENDANT *HAMILTON COUNTY SHERIFF DEPT.* | TYPE OF PROCESS |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*OFFICER SHERIFF CRAWFORD*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*1000 SYCAMORE, ST. CINCINNATI, OHIO 45202*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| *HAMILTON COUNTY SHERIFF DEPT. OFFICER SHERIFF CRAWFORD 1000 SYCAMORE ST. CINCINNATI, OHIO 45202* | Number of process to be served with this Form 285 — *2* |
| | Number of parties to be served in this case — *2* |
| | Check for service on U.S.A. — *YES* |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                                        Fold

Signature of Attorney other Originator requesting service on behalf of *MR. DERRICK GIBBS*   ☒ PLAINTIFF   ☐ DEFENDANT
*PRISON (LOCI) London, OHIO 43140-0000*

| TELEPHONE NUMBER | DATE |
|---|---|
| *(740) 852-2454* | *2-3-21* |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

| PRINT 5 COPIES: | 1. CLERK OF THE COURT | PRIOR EDITIONS MAY BE USED |
|---|---|---|
| | 2. USMS RECORD | |
| | 3. NOTICE OF SERVICE | |
| | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. | Form USM-285 Rev. 12/15/80 |
| | 5. ACKNOWLEDGMENT OF RECEIPT | Automated 01/00 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

)
)
)
)
MR. DERRICK GIBBS )
_____Plaintiff(s)_____ )
 )   Civil Action No. 1:21-CV-00075-
v. )   MRB-SKB
 )
 )
HAMILTON COUNTY SHERIFF DEPARTMENT )
_____Defendant(s)_____ )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MR DERRICK GIBBS

was received by me on *(date)* 2-1-21 .

☒ I personally served the summons on the individual at *(place)* OFFICE SHERIFF CRANFORD
2-3-21 HAMILTON County SHERIFF DEPT on *(date)* FEB 3-2021 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* HAMILTON
COUNTY JUSTICES CENTER , a person of suitable age and discretion who resides there,
on *(date)* 2-1-21 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* OFFICER SHERIFF CRANFORD , who is
designated by law to accept service of process on behalf of *(name of organization)* HAMILTON COUNTY
JUSTICES CENTER JAIL on *(date)* 2-12-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

MR DERRICK GIBBS
*Printed name and title*

LOCI
P.O. Box #69, 1580 ST, RT #56 London, OH
*Server's address* 43140-0000

Additional information regarding attempted service, etc:

FILE A: DELCARATION.
JONES VS BOCK
PART(G)

MR. DERRICK GIBBS #775-115, T.P.U. UNIT-B, CELL #45.
L.O.C.I, P.O. Box #69
1580 STATE Route #56
London, OHIO
43140-0000

**INMATE CORRESPONDENCE**



US POSTAGE >> PITN
ZIP 43140 $ 00
02 4W
0000356403 FEB

U.S. DISTRICT Court

SOUTH DISTRICT OF OHIO CLERK OF CO
100 E 5th STREET, RM. #103
CINCINNATI, OHIO
45202